1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

FILED
SEP 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00284-KJN |
|---|---|
| ALL FUNDS MAINTAINED AT MECHANICS BANK CHECKING ACCOUNT NUMBER 41143841, HELD IN THE NAME OF TERRESA RUDD, DBA ROCK BOTTOM BEDS, <br><br> DEFENDANT. | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Sept. 21, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1                                                              Order Re: Request to Unseal